UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-12964 (MFW) |
| FormTech Industries, LLC, *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Macsteel Jackson**, Attn: Stefan J. Prociv, 5591 Morrill Road, Jackson, MI 49201, Phone: (517) 782-0415, Fax: (517) 782-9134

2. **International Union, UAW**, Attn: Niraj R. Ganatra, Solidarity House, 8000 East Jefferson Avenue, Detroit, MI 48214, Phone: (313) 926-5000; Fax: (313) 823-6016

3. **The Timken Company**, Attn: Robert Morris, 1835 Duebar Avenue, S.W., Canton, OH 44706, Phone: (330) 471-4589; Fax: (330) 458-6483

ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

/s/ Joseph J. McMahon, Jr. for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 4, 2009

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Steven M. Yoder, Esquire, Phone: (302) 984-6000, Fax: (302) 658-1192