IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORMTECH INDUSTRIES, LLC | ) | Case No. 09-12964 (MFW) |
| and FORMTECH INDUSTRIES | ) | |
| HOLDINGS LLC,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: October 14, 2009 at 11:30 a.m. (ET) |
| | | Objections Due: October 7, 2009 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRIS-ANDERSON & ASSOCIATES LTD. AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO SEPTEMBER 3, 2009

PLEASE TAKE NOTICE that on September 28, 2009, the Official Committee Of Unsecured Creditors (the "Creditors") of the above-captioned Debtor and Debtor-in-Possession (collectively, the "Debtors") filed and served the attached **Application Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Employment And Retention Of Morris-Anderson & Associates Ltd. As Financial Advisor,** *Nunc Pro Tunc* **To September 3, 2009** (the "Application").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Application must file an objection ("Objection") to the Application with the Clerk of Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **October 7, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must also serve a copy of the Objection upon the undersigned counsel so as to be received by the Objection Deadline.

---

[1] The Debtors are the following two entities (followed by the last four digits of their respective taxpayer identification numbers): FormTech Industries Holdings, LLC (3828) and FormTech Industries, LLC (4879). The mailing address for each of the Debtors is: 2727 W. Fourteen Mile Rd., Royal Oak, MI 48073.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **OCTOBER 14, 2009 AT 11:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED, IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 28, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Chad A. Fights (No. 5006)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Facsimile: (617) 856-8201

- and -

Sean D. Malloy, Esq.
Scott N. Opincar, Esq.
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5436
Facsimile: (216) 348-5474

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

3140607.1