IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FORMTECH INDUSTRIES HOLDINGS LLC, *et al.*,[1] | Case No. 09-12964 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: January 4, 2011 at 4:00 p.m. (ET)** |

**THIRTEENTH INTERIM APPLICATION OF MORRIS-ANDERSON & ASSOCIATES, LTD, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Morris-Anderson & Associates, Ltd. |
| Authorized to Provide Professional Services to: | Official Committee to Unsecured Creditors |
| Date of Retention: | October 13, 2009 *nunc pro tunc* to September 3, 2009 |
| Period for which Compensation and reimbursement is sought: | November 1, 2010 through November 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,560.00 (80% of $3,200.00) |
| Amount of reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is an _x_ interim | ___ final application |

The total time expended for fee application preparation is approximately 2 hours and the corresponding compensation requested is approximately $600.00.[2]

---

[1] The Debtors are FormTech Industries Holdings, LLC and FormTech Industries, LLC

[2] Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | D.I | PERIOD COVERED | REQUESTED ($) FEES/EXPENSES | APPROVED ($) FEES/EXPENSES |
|---|---|---|---|---|
| 11/04/09 | [322] | 09/03/09 - 10/02/09 | $132,085.00/$5,620.01 | $132,085.00/$5,620.01 |
| 12/03/09 | [365] | 10/03/09 – 10/31/09 | $34,230.00/$350.00 | $34,230.00/$350.00 |
| 12/23/09 | [413] | 11/01/09-11/30/09 | $15,240.00/$0.00 | $15,240.00/$0.00 |
| 03/10/10 | [495] | 12/01/09 – 12/31/09 | $8,060.00/$0.00 | $8,060.00/$0.00 |
| 03/10/10 | [496] | 01/01/10 – 01/31/10 | $4,000.00/$40.00 | $4,000.00/$40.00 |
| 04/13/10 | [542] | 02/01/10 – 02/28/10 | $18,430.00/$0.00 | $18,430.00/$0.00 |
| 04/21/10 | [551] | 03/01/10 – 03/31/10 | $26,200.00/$1,718.98 | $26,200.00/$1,718.98 |
| 06/11/10 | [617] | 04/01/10 – 04/30/10 | $5,950.00/$77.20 | $5,950.00/$77.20 |
| 06/15/10 | [621] | 05/01/10 – 05/31/10 | $6,550.00/$0.00 | $5,240.00/$0.00 |
| 08/19/10 | [687] | 06/01/10 – 06/30/10 | $3,950.00/$0.00 | $3,160.00/$0.00 |
| 10/21/10 | [753] | 09/01/-10 – 09/30/10 | $3,280.00/$0.00 | $2,624.00/$0.00 |
| 12/15/10 | [TBD] | 10/01/10 – 10/31/10 | $5,600.00/$0.00 | $0.00/$0.00 |

# COMPENSATION FOR INTERIM PERIOD

FormTech Industries Holdings, LLC, *et al.*
(Case No. 09-12964 (MFW))

November 1, 2010 through November 30, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joel Dryer | Managing Director | $500 | 2.2 | $1,100.00 |
| Mark Iammartino | Consultant | $300 | 7.0 | $2,100.00 |
| | TOTALS | | 9.2 | $3,200.00 |
| **GRAND TOTAL:** $3,200.00 | | | | |
| **BLENDED RATE:** $347.83 | | | | |

# COMPENSATION BY PROJECT CATEGORY

FormTech Industries Holdings, LLC, *et al.*
(Case No. 09-12964 (MFW))

November 1, 2010 through November 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Chapter 11 Case Administration | 0.0 | $0.00 |
| Structure | 0.0 | $0.00 |
| Operations and Forecasts | 0.0 | $0.00 |
| Vendors/Material Management | 7.7 | $2,750.00 |
| Interrelated Entities | 0.0 | $0.00 |
| Unsecured Creditors Committee | 1.5 | $450.00 |
| Sale of Company/Conversion of Equity/Value/Assets | 0.0 | $0.00 |
| Firm Retention and Fees | 0.0 | $0.00 |
| Travel (at 50% of actual time incurred) | 0.0 | $0.00 |
| **TOTAL** | **9.2** | **$3,200.00** |

# EXPENSE SUMMARY

FormTech Industries Holdings, LLC, *et al.*
(Case No. 09-12964 (MFW))

November 1, 2010 through November 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Lodging | | $0.00 |
| Meals | | $0.00 |
| Parking/Tolls | | $0.00 |
| Telephone | | $0.00 |
| Cab/Limo/Rental Car | | $0.00 |
| Administrative Expenses | | $0.00 |
| **Grand Total Expenses** | | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FORMTECH INDUSTRIES<br>HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12964 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: January 4, 2011 at 4:00 p.m. (ET)** |

**THIRTEENTH APPLICATION OF MORRIS-ANDERSON & ASSOCIATES, LTD, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

Morris-Anderson & Associates, Ltd. ("MAA"), financial advisor to the Official Committee of Unsecured Creditors of FormTech Industries Holdings, LLC (the "Committee"), submits this application (the "Application") for interim allowance of compensation for professional services rendered by MAA to the Committee for the period November 1, 2010 through November 30, 2010 (the "Application Period") and reimbursement of actual and necessary expenses incurred by MAA during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules Of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of

---

[1] The Debtors are FormTech Industries Holdings, LLC and FormTech Industries, LLC.

Expenses for Professionals (D.I. 150) (the "Interim Compensation Procedures Order"). In support of this Application, MAA represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On August 26, 2009 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy Code. The Debtors continue to operate as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in these chapter 11 cases.

3. On September 4, 2009, the United States Trustee (the "U.S. Trustee") for the District of Delaware appointed the Committee.

## MAA's RETENTION

4. On October 13, 2009, this Court entered an order authorizing the retention of MAA as financial advisor to the Committee, *nunc pro tunc* to September 3, 2009 (the "Retention Order"). The Retention Order authorized MAA to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses (D.I. 241).

## FEE PROCEDURES ORDER

5. On September 29, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases (D.I. 200).

6.  In particular, the Interim Compensation Procedures Order provides that upon the expiration of twenty (20) days after the service of a monthly interim fee application, a Professional (as defined in the Interim Compensation Procedures Order) may file a Certificate of No Objection with the Court, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of (a) 80 percent of the fees and 100 percent of the expenses requested in such monthly interim fee application and (b) 80 percent of the fees and 100 percent of the expenses not subject to an objection.

### RELIEF REQUESTED

7.  MAA submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as financial advisor to the Committee in these cases for the period from November 1, 2010 through November 30, 2010, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

8.  During the period covered by this Application, MAA incurred fees in the amount of $3,200.00. For the same period, MAA incurred actual, reasonable and necessary expenses totaling $0.00. With respect to these amounts, as of the date of this Application, MAA has received no payments.

9.  Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

### Summary of Services By Project

10. The services rendered by MAA during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below.

The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category.

A. <u>Case Administration/Miscellaneous Matters (Code 1)</u>

Fees: $0.00     Total Hours: 0.0

This category includes all matters related to case details, including interaction with those other than the Committee including: debtors, lenders, equity sponsors and their respective advisors and including US Trustee needs/inquiries; review and analysis of filings and schedules in preparation for interaction with the Committee

B. <u>Structure (Code 2)</u>

Fees: $0.00     Total Hours: 0.0

This category includes issues of organization, shareholders, compensation issues including executive management salaries, bonuses, options, warrants, puts/calls and pension, insurance and tax claims pending, encumbrances on operations related to union issues, post-bankruptcy structure, ownership and interested parties and agreements.

C. <u>Operations and Forecasts (Code 3)</u>

Fees: $0.00     Total Hours: 0.0

This category includes all facets of debtor's financial condition, sales forecasts and backlog, 13 week cash flows, functioning of the DIP, cash management, treasury function, leases, transportation, flows and uses of funds, controls and operations, variance analysis, and accounts receivable performance including setoffs.

D. <u>Vendors and Materials Management (Code 4)</u>

Fees: $2,750.00     Total Hours: 7.7

This category includes analysis of critical vendor functioning, cash management, other

vendor issues related to both critical and non-critical vendors, 503(b)(9) claims, preference payments and other matters relating to contracts, supply agreements, and on-going details of debtor interactions with vendors.

    E.    <u>Interrelated Entities (Code 5)</u>

        Fees: $0.00        Total Hours: 0.0

This category includes the review and analysis of various operating entities, manufacturing facilities, asset and expense allocations, transfer pricing, manufacturing output logistics and changes thereof, throughput and manufacturing issues in Canada, U.S. and Mexico.

    F.    <u>Unsecured Creditors Committee (Code 6)</u>

        Fees: $450.00        Total Hours: 1.5

This category includes meetings and interaction within MAA, Committee members, Committee counsel, preparation for meetings, coordination of reports, presentations and recommendations.

    G.    <u>Sale of Company/Conversion of Equity/Value/Assets (Code 7)</u>

        Fees: $0.00        Total Hours: 0.0

This category includes assessing any plan for reasonableness and value, including due diligence, benchmarking, issues of value relating to assets both tangible and intangible, and issues relating to liquidation analysis, analysis on reorganization structure, feasibility and maximization of value, and analysis of financing structure.

    H.    <u>Firm Retention and Fees (Code 8)</u>

        Fees: $0.00       Total Hours: 0.0

This category includes preparation of data for accounting and administration thereof.

I.  Travel (Code 9)

Fees: $0.00          Total Hours: 0.0

This category includes non-worked time spent traveling, accounted at 50% of actual time incurred.

11. Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

12. Exhibit B attached hereto contains a breakdown of disbursements incurred by MAA during the Application Period.

13. MAA does not charge for photocopying or for domestic facsimiles, but if such charges were to be levied they would not exceed $0.10 per page for photocopying or $1.00 per page for outgoing facsimiles.

14. In accordance with Local Rule 2016-2, MAA has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate, expressed as a reduction in time charged.

15. MAA has endeavored to represent the Committee in the most expeditious and economical manner possible. Tasks have been assigned to professionals and paraprofessionals at MAA so that work has been performed by those most familiar with the particular matter or task and by the lowest hourly rate professional appropriate for a particular matter. Moreover, MAA has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize professionals' fees and expenses to the Committee. We believe we have been successful in this regard.

16. No agreement or understanding exists between MAA and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

17. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, MAA respectfully requests that this Court: (a) allow MAA (i) interim compensation in the amount of $3,200.00 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period November 1, 2010 through November 30, 2010, and (ii) interim reimbursement in the amount of $0.00 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to MAA the amount of $2,560.00 which is equal to the sum of 80% of MAA's allowed interim compensation and 100% of MAA's allowed expense reimbursement; and (c) grant such other and further relief as is just.

Dated: December 15, 2010        MORRIS-ANDERSON & ASSOCIATES, LTD.
Chicago, Illinois

/s/ Joel Dryer
Joel Dryer
55 West Monroe Street
Chicago, IL 60603
Telephone: (312) 254-0880

*Financial Advisors to the*
*Official Committee of Unsecured Creditors*