# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMTECH INDUSTRIES, LLC and FORMTECH INDUSTRIES HOLDINGS LLC,[1] | Case No. 09-12964 (MFW) Jointly Administered |
| Debtors. | |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' AMENDED PLAN OF LIQUIDATION AND (B) BAR DATES FOR PRIORITY CLAIMS ARISING AFTER OCTOBER 1, 2009 AND ACCRRUED PROFESSIONAL COMPENSATION CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**A.     Notice of the Entry of Confirmation Order**

On March 30, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 902] confirming the Debtors' Amended Plan of Liquidation (as modified from time to time, including by the Confirmation Order, the "Plan") [Docket No. 862] filed by the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Plan.

The terms of the Plan, all Plan-related documents (including, but not limited to, the Plan Supplement) and the Confirmation Order are valid, binding upon the Debtors, the holders of all Claims and Equity Interests, all parties in interest, and all Persons and their respective successors and assigns, and enforceable notwithstanding any otherwise applicable non-bankruptcy law.

**B.     Notice of Bar Dates for Filing Unpaid Priority Claims Arising After October 1, 2009, Accrued Professional Compensation Claims and Rejection Damages Claims**

   **(1)     Bar Date for Filing Unpaid Priority Claims Arising After October 1, 2009**

Each holder of a Priority Claim (other than a Claim for Accrued Professional Compensation) arising **after** the period from the Petition through October 1, 2009 (the "First Priority Period") and that **remains unpaid** is required to File and serve upon the Notice Parties (as defined below) a request for payment of such Priority Claim so that such request is actually received by the Notice Parties by **April 29, 2011, at 4:00 p.m. (Prevailing Eastern Time)** (the

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers following in the parentheses): FormTech Industries Holdings, LLC (3828) and FormTech Industries, LLC (4879). The mailing address for each of the Debtors is 2727 W. Fourteen Mile Rd., Royal Oak, MI 48073.

"Priority Claim Bar Date"). The Priority Claim Bar Date **does not** apply to any Priority Claim that arose **prior to October 1, 2009** or that has **otherwise been paid by the Debtors**. Such request for payment of a Priority Claim that is subject to the Priority Claim Bar Date must include at a minimum: (a) the name of the Debtor(s) which are purported to be liable for the Claim, (b) the name of the holder of the Claim, (c) the amount of the Claim and (d) the basis of the Claim (including any documentation evidencing or supporting such Claim). **The failure to file a request for payment of a Priority Claim on or before the Priority Claim Bar Date and the failure to serve such a request timely and properly shall result in the Priority Claim being forever barred, disallowed and discharged without further order of the Bankruptcy Court.**

Any request for a Priority Claim subject to the Priority Claim Bar Date shall be served on: (a) Counsel for the Debtors, Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, P.O. Box 951, Wilmington, Delaware 19899-0951 (Attn: Jeremy W. Ryan); (b) Conway MacKenize, Inc., 303 West Madison, Suite 1600 Chicago, IL 60606 (Attn: Joshua J. Siano); (c) Morris Anderson & Associates, Ltd., 55 West Monroe Street, No. 2500, Chicago, IL 60603 (Attn: Mark Iammartino); (d) Counsel to Morris Anderson & Associates, Ltd., McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114 (Attn: Sean D. Malloy and Scott N. Opincar); and (e) Office of The United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (collectively, the "Notice Parties").

### (2) Bar Date for Accrued Professional Compensation Claims

Each Professional who holds or asserts a Claim for Accrued Professional Compensation shall be required to serve on the Notice Parties, a request for payment of such Accrued Professional Compensation within forty-five (45) days after the Effective Date or such other specific date as may be established by the Bankruptcy Court. **The failure to file timely and serve such request for payment shall result in the Claim for Accrued Professional Compensation being forever barred and discharged.**

### C. Copies of Plan and Plan-Related Documents

The Confirmation Order and the Plan contain other provisions that may affect your rights. You may obtain a copy of the Plan and/or the Confirmation Order upon written request (including by electronic mail) to the Debtors' counsel, at Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, P.O. Box 951, Wilmington, Delaware 19899-0951 (Attn: Jeremy W. Ryan), or jryan@potteranderson.com. You are encouraged to review the Confirmation Order and the Plan in their entirety and to consult with your own legal advisors.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 11, 2011
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

 /s/ Ryan M. Murphy
Steven M. Yoder (DE Bar No. 3885)
Jeremy W. Ryan (DE Bar No. 4057)
Ryan M. Murphy (DE Bar No. 5517)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: syoder@potteranderson.com
jryan@potteranderson.com
rmurphy@potteranderson.com

*Counsel to Debtors and Debtors In Possession*